**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | ANDREW KOLIMAGA, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 18-15913 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion Requesting that the Court Vacate the Prior Order Dismissing the Bankruptcy Case, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The court's Order dated **October 16, 2018 (**Doc. # **11)** dismissing this bankruptcy case is **VACATED** and the above captioned bankruptcy case is **REINSTATED** effective upon the entry of this Order.

3. The relief in this Order is **CONDITIONED** on the following: the **WAIVER** of the Debtor's right to object to a proof of claim on the ground that it was filed after the deadline set by Fed. R. Bankr. P. 3002(c), **PROVIDED** that the proof of claim is filed **on or before February 1, 2019**.

4. **On or before December 3, 2018**, the Debtor **SHALL SERVE** a copy of this Order on all creditors and parties in interest and shall promptly thereafter file a Certification of Service.

Date: November 27, 2018

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE